# UNITED STATES BANKRUPTCY COURT
## District of New Jersey
## Trenton Division

In re:  
Tamisha Baines  
Debtor

Chapter 7  
Case Number: _____

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept............................................................ | $1,295.00 |
   | Prior to the filing of this statement I have received............................................... | $1,295.00 |
   | Balance Due................................................................................................................ | $0.00 |

   $299.00 of the filing fee in this case has been paid.

2. The source of the compensation paid to me was:  
   [X] Debtor [ ] Other (specify)

3. The source of compensation to be paid to me is:  
   [X] Debtor [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above fee, I have agreed to render legal service for the following aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: All services not specifically enumerated above (including, but not limited to: extra hearings, defense of motions, filing of motions, adversary proceedings, etc.)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.  
Date: 17-Dec-2007

_____  
Signature of Attorney

Jenkins & Clayman