Form cscnodsc – ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 07–28582–KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamisha Baines
   193 Old Rose Street
   Apt. 3A
   Trenton, NJ 08618

Social Security No.:
   xxx–xx–7820

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above–named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B23) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B23) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not certified that all domestic support obligations due have been paid.

- [ ] Joint debtor has not certified that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 17, 2008
JJW: cf

                                                           James J. Waldron
                                                          Clerk